**OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,**

v.

**Bruce Lawrence MORGAN, Respondent.**

**No. 442 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 22, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of July, 1998, there having been filed with this Court by Bruce Lawrence Morgan his verified Statement of Resignation dated June 9, 1998, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Bruce Lawrence Morgan be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Terry Jackson KOLP.**

**No. 419 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 22, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of July, 1998, Terry Jackson Kolp having been indefinitely suspended from the practice of law in the District of Columbia by Order of the District of Columbia Court of Appeals filed November 5, 1997; the said Terry Jackson Kolp having been directed on May 11, 1998, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED, pursuant to Rule 301(c), Pa. R.D.E., that Terry Jackson Kolp shall be transferred to inactive status for an indefinite period of time until further Order of this Court, and he shall comply with the provisions of Rule 217, Pa.R.D.E.